IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GREGORY ALLEN BAHR,

    Plaintiff,                           JUDGMENT IN A CIVIL CASE

v.                                                 14-cv-521-wmc

LYNNAE M. MAHANEY,
ANDREW J. WILCOX and
KAY I. WALKER,

    Defendants.

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for plaintiff's failure to state a claim upon which relief may be granted.

/s/                                                         7/30/2015

Peter Oppeneer, Clerk of Court                      Date